JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LEONARDO DIAZ, | ) No. CV 12-00912-CAS (VBK) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| KATHY ALISON, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

*Christina A. Snyder* (signature)

DATED: October 1, 2012

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE